**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

------------------------------X

John Doe,

                Plaintiff,

- against -

Life Time, Inc. f/k/a Life Time Fitness, Inc. d/b/a Life Time Fitness Club, LTF Club Management Company, LLC d/b/a Life Time Fitness, LTF Operation Holdings, Inc., LTF Club Operations Company, Inc. d/b/a Life Time Fitness, Ahmed Doe, and Jack Doe,

                Defendants.

------------------------------X

Case No: 2:25-cv-04100

**SUMMONS RETURNED EXECUTED AS TO DEFENDANT LTF CLUB MANAGEMENT COMPANY, LLC D/B/A LIFE TIME FITNESS ONLY**

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff John Doe has served upon Defendant LTF Club Management Company, LLC d/b/a Life Time Fitness copies of the following documents:

1) Issued Summons;

2) Complaint;

3) Civil Cover Sheet;

4) Notice Option to Consent to Magistrate Judge Jurisdiction;

5) Notice of Assignment of Case;

Attached hereto is a copy of the Proof of Service.

Dated: Jamaica, New York
      August 18, 2025

Respectfully submitted,
**SAGE LEGAL LLC**

  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*John Doe*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| John Doe<br><br>*Plaintiff(s)*<br>v.<br>Life Time, Inc. f/k/a Life Time Fitness, Inc. d/b/a Life Time Fitness Club,  et al<br>See attached rider.<br>*Defendant(s)* | Civil Action No. 25-cv-04100-DLI-ARL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LTF Club Management Company, LLC d/b/a Life Time Fitness
c/o Cogency Global Inc.
122 East 42nd Street, 18th Floor,
New York, NY, 10168

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   E manuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 7/28/2025

*Sandra Felgueiras*
*Signature of Clerk or Deputy Clerk*



Civil Action No. 2:25-cv-04100-DLI-ARL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LTF Club Management Company, LLC d/b/a Life Time Fitness c/o Cogency Global Inc.</u> was received by me on *(date)* <u>August 13th 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>SAKHARA OSABETY as Intake Agent</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>LTF Club Management Company, LLC d/b/a Life Time Fitness c/o Cogency Global Inc.the following documents; Service pack LTF Club Operations Company, Inc.- Issued Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Notice Option to Consent to Magistrate Judge Jurisdiction; 5) Notice of Assignment of Case</u> on *(date)* <u>Thu, Aug 14 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 8/14/25

_____
Server's signature

Rodrick Green
_____
Printed name and title

Medley Serves and Investigations
41 Schermerhorn Street Suite 318, Brooklyn, NY 11201
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 14, 2025, 11:12 am EDT at 122 EAST 42ND STREET 18TH FLOOR, NEW YORK, NY 10168 received by SAKHARA OSABETY as Intake Agent. Age: 40s; Ethnicity: Caucasian; Gender: Female; Weight: 140s; Height: 5'5"; Hair: Brown; Eyes: Brown;
.