**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**
---------------------------------X
John Doe,

                Plaintiff,

        Case No:
        2:25-cv-04100 (DLI) (ARL)

    - against -

        **NOTICE OF MOTION
        REQUESTING LEAVE FOR
        PLAINTIFF TO PROCEED
        <u>PSEUDONYMOUSLY</u>**

Life Time, Inc. f/k/a Life Time Fitness, Inc. d/b/a Life Time Fitness Club, LTF Club Management Company, LLC d/b/a Life Time Fitness, LTF Operation Holdings, Inc., LTF Club Operations Company, Inc. d/b/a Life Time Fitness, Ahmed Doe, and Jack Doe,

                Defendants.
---------------------------------X

      **PLEASE TAKE NOTICE THAT** upon the annexed Memorandum of Law, Plaintiff will respectfully move this Court at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, at a time to be decided, for an Order granting Plaintiff leave to proceed pseudonymously.

Dated: Flushing, New York
       August 19, 2025        Respectfully submitted,

                                        **SAGE LEGAL LLC**

                                        */s/ Emanuel Kataev, Esq.*
                                        Emanuel Kataev, Esq.
                                        18211 Jamaica Avenue
                                        Jamaica, NY 11423-2327
                                        (718) 412-2421 (office)
                                        (917) 807-7819 (cellular)
                                        (718) 489-4155 (facsimile)
                                        emanuel@sagelegal.nyc

                                        *Attorneys for Plaintiff
                                        John Doe*