UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOHN DOE,

                              Plaintiff,

    -against-

LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC. d/b/a
LIFE TIME FITNESS CLUB, LTF CLUB MANAGEMENT
COMPANY, LLC d/b/a LIFE TIME FITNESS, LTF
OPERATION HOLDINGS, INC., LTF CLUB OPERATIONS
COMPANY, INC. d/b/a LIFE TIME FITNESS, AHMED
DOE and JACK DOE,

                              Defendants.
------------------------------------------------------------------------X

Case No.:
2:25-cv-04100

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE, that the undersigned appears as counsel for defendants, LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC. d/b/a LIFE TIME FITNESS CLUB, LTF CLUB MANAGEMENT COMPANY, LLC d/b/a LIFE TIME FITNESS, LTF OPERATION HOLDINGS, INC. and LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME FITNESS, and requests that all copies of all papers in this action be served upon the office at the address stated below.

Dated: Albertson, New York
       August 27, 2025

BY: _____
JANICE BERKOWITZ, ESQ. (JB-4489)
AHMUTY, DEMERS & McMANUS
Attorneys for Defendants
LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC.
d/b/a LIFE TIME FITNESS CLUB, LTF CLUB
MANAGEMENT COMPANY, LLC d/b/a LIFE
TIME FITNESS, LTF OPERATION HOLDINGS,
INC. and LTF CLUB OPERATIONS COMPANY,
INC. d/b/a LIFE TIME FITNESS
200 I.U. Willets Road
Albertson, New York 11507
(516) 294-5433
Our File No.:  CVLTF           FAC

TO:     SAGE LEGAL LLC
           Attorneys for Plaintiff
           18211 Jamaica Avenue
           Jamaica, New York 11423-2327
           (718) 412-2421