| 199 WATER STREET, 16TH FLOOR<br>NEW YORK, NY 10038<br>(212) 513-7788 | **AHMUTY, DEMERS & MCMANUS**<br>ATTORNEYS AT LAW<br>200 I.U. WILLETS ROAD<br>ALBERTSON, NEW YORK 11507 | 2424 ROUTE 52 – SUITE 2D<br>HOPEWELL JUNCTION, NY 12533<br>(845) 223-3470 |
|---|---|---|
| 634 PLANK ROAD, SUITE 205 A<br>CLIFTON PARK, NY 12065<br>(518) 387-3604 | | 20 WEST MAIN STREET, SUITE 205<br>RIVERHEAD, NY 11901<br>(516) 535-1844 |
| 10440 MAIN STREET, SUITE 104<br>CLARENCE, NY 14031<br>(716) 706-4413 | (516) 294-5433<br>FACSIMILE (516) 294-5387 | 65 MADISON AVENUE<br>SUITE 400<br>MORRISTOWN, NJ 07960<br>(973) 984-7300 |

September 4, 2025

**VIA ECF**

Judge Dora Lizette Irizarry
United States District Court – Eastern District

      Re:    Joe Doe v. Life Time, Inc., et al
            Docket Number: 2:25-cv-04100-DLI-ARL
            Our File Number: CVLTF9250605 FAC

Dear Honorable Judge:

This office has been retained to represent the Life Time defendants in the above matter. The answer on behalf of the Life Time defendants is currently due today September 4, 2025 as per the August 18, 2025 docket entry (#5).

We are respectfully requesting an extension of time to answer the plaintiff's complaint pending a decision by the Court on the plaintiff's motion to proceed under pseudonym (document #6). We do not believe that there is currently an accepted complaint to answer since the Court has challenged the plaintiff's John Doe status. The Court's decision on the pending motion will determine how this case will proceed and the correct caption. In light of the foregoing, we respectfully request that Your Honor set forth a date for the Life Time defendants to answer the complaint in the decision on the plaintiff's motion.

The plaintiff's attorney has consented to this request for an extension of time to answer.

                                        Respectfully submitted,

                                        */s/ Janice Berkowitz*
                                        JANICE BERKOWITZ
                                        (516) 535-1887

cc: all attorneys via ECF