**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**
------------------------------X
John Doe,

               Plaintiff,

   - against -

Life Time, Inc. f/k/a Life Time Fitness, Inc. d/b/a Life Time Fitness Club, LTF Club Management Company, LLC d/b/a Life Time Fitness, LTF Operation Holdings, Inc., LTF Club Operations Company, Inc. d/b/a Life Time Fitness, Ahmed Doe, and Jack Doe,

               Defendants.

------------------------------X

Case No: 2:25-cv-04100-DLI-ARL

**PLAINTIFF'S UNNOPOSED MOTION FOR THE EXTENSION OF TIME TO FILE REPLY DEFENDANTS' MEMORANDUM OF LAW**

      Plaintiff, by and through undersigned counsel, respectfully moves this Court for an extension of time to file reply to Defendant's Memorandum of Law in Opposition and states as follows:

      Defendant filed its Memorandum of Law in Opposition on August 28, 2025. See ECF Docket Entry 8. Pursuant to Rule 6 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rule"), Plaintiff's opposition is currently due on Thursday, September 4, 2025. Plaintiff respectfully requests an extension of eight (8) days, up to and including September 12, 2025 to file reply.

## **MEMORANDUM OF LAW**

      Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court may, for good cause, extend the time to act if a request is made before the original deadline expires. Good cause exists here because undersigned counsel was out of the country from August 21, 2025 through September 2, 2025, which significantly limited the ability to prepare and file Plaintiff's reply within the current deadline.

This request is made in good faith and is not intended to cause delay. Granting the requested extension will not prejudice Defendant. The requested extension is necessary to allow Plaintiff adequate time to complete the filing due to recent scheduling conflicts.

This is Plaintiff's first request for an extension of time. Plaintiff has conferred with Defendant regarding this request. Defendant has indicated that they do not oppose and consented to a eight (8) day extension of time.

Good cause exists for the requested extension. See Fed. R. Civ. P. 6(b)(1)(a). In light of these circumstances, Plaintiff respectfully submits that the requested extension is reasonable and necessary.

**WHEREFORE,** Plaintiff respectfully requests that the Court grant an extension of time until Friday, September 12, 2025 to file the reply to Defendant's Memorandum of Law in Opposition and grant such other and further relief as the Court deems just, equitable, and proper.

Dated: Jamaica, New York
      September 4, 2025

    Respectfully submitted,
    **SAGE LEGAL LLC**

    __/s/ Emanuel Kataev, Esq.__
    Emanuel Kataev, Esq.
    18211 Jamaica Avenue
    Jamaica, NY 11423-2327
    (718) 412-2421 (office)
    (917) 807-7819 (cellular)
    (718) 489-4155 (facsimile)
    emanuel@sagelegal.nyc

    *Attorneys for Plaintiff*
    *John Doe*