UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOHN DOE,                                           Case No.: 2:25-cv-04100-DLI-ARL

                Plaintiff,                ANSWER TO COMPLAINT

        -against-                                  Jury Trial Demanded

LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC. d/b/a
LIFE TIME FITNESS CLUB, LTF CLUB MANAGEMENT
COMPANY, LLC d/b/a LIFE TIME FITNESS, LTF
OPERATION HOLDINGS, INC., LTF CLUB OPERATIONS
COMPANY, INC. d/b/a LIFE TIME FITNESS, AHMED
DOE and JACK DOE,

                Defendants,
------------------------------------------------------------------------X

      The defendants, LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC. i/s/h/a LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC. d/b/a LIFE TIME FITNESS CLUB, LTF CLUB MANAGEMENT COMPANY, LLC i/s/h/a LTF CLUB MANAGEMENT COMPANY, LLC d/b/a LIFE TIME FITNESS, LTF OPERATIONS HOLDINGS, INC. i/s/h/a LTF OPERATION HOLDINGS, INC., LTF CLUB OPERATIONS COMPANY, INC. i/s/h/a LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME FITNESS, by their attorneys, AHMUTY, DEMERS & McMANUS, as and for their answer to the plaintiff's complaint, allege upon information and belief:

## PRELIMINARY STATEMENT

    1:    Deny upon information and belief each and every allegation contained in paragraph designated "1" of the complaint and refer all questions of law to this Honorable Court.

    2:    Deny upon information and belief each and every allegation contained in paragraph designated "2" of the complaint and refer all questions of law to this Honorable Court.

3:	Deny upon information and belief each and every allegation contained in paragraph designated "3" of the complaint.

## JURISDICTION

4:	Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "4" of the complaint and refer all questions of law to this Honorable Court.

5:	Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "5" of the complaint and refer all questions of law to this Honorable Court.

## VENUE

6:	Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "6" of the complaint and refer all questions of law to this Honorable Court.

## PARTIES

7:	Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "7" of the complaint.

8:	Deny upon information and belief each and every allegation contained in paragraph designated "8" of the complaint.

9:	Deny upon information and belief each and every allegation contained in paragraph designated "9" of the complaint, except admit that LIFE TIME does business in Nassau County, New York.

10:	Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "10" of the complaint and refer all questions of law to this Honorable Court.

11: Deny upon information and belief each and every allegation contained in paragraph designated "11" of the complaint.

12: Deny upon information and belief each and every allegation contained in paragraph designated "12" of the complaint, except admit that LTF Club does business in Nassau County.

13: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "13" of the complaint and refer all questions of law to this Honorable Court.

14: Deny upon information and belief each and every allegation contained in paragraph designated "14" of the complaint.

15: Deny upon information and belief each and every allegation contained in paragraph designated "15" of the complaint, except admit that LTF OH does business in Nassau County.

16: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "16" of the complaint and refer all questions of law to this Honorable Court.

17: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "17" of the complaint.

18: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "18" of the complaint.

19: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "19" of the complaint.

20: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "20" of the complaint.

**FACTS**

21: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "21" of the complaint.

22: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "22" of the complaint.

23: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "23" of the complaint.

24: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "24" of the complaint and respectfully beg leave to refer to all documents at the time of trial.

25: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "25" of the complaint and respectfully beg leave to refer to all documents at the time of trial.

26: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "26" of the complaint.

27: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "27" of the complaint.

28: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "28" of the complaint.

29: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "29" of the complaint and refer all questions of law to this Honorable Court.

30: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "30" of the complaint.

31: Deny upon information and belief each and every allegation contained in paragraph designated "31" of the complaint.

32: Deny upon information and belief each and every allegation contained in paragraph designated "32" of the complaint.

33: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "33" of the complaint.

34: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "34" of the complaint.

35: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs designated "35" of the complaint.

36: Deny upon information and belief each and every allegation contained in paragraph designated "36" of the complaint.

37: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "37" of the complaint.

38: Deny upon information and belief each and every allegation contained in paragraph designated "38" of the complaint and respectfully beg leave to refer to all documents at the time of trial and further refer all questions of law to this Honorable Court.

39: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "39" of the complaint and respectfully beg leave to refer to all documents at the time of trial.

40: Deny upon information and belief each and every allegation contained in paragraph designated "40" of the complaint.

41: Deny upon information and belief each and every allegation contained in paragraph designated "41" of the complaint.

42: Deny upon information and belief each and every allegation contained in paragraph designated "42" of the complaint.

43: Deny upon information and belief each and every allegation contained in paragraph designated "43" of the complaint.

44: Deny upon information and belief each and every allegation contained in paragraph designated "44" of the complaint.

45: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "45" of the complaint, but the responding defendants affirmatively deny that any rules were violated.

46: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "46" of the complaint.

47: Deny upon information and belief each and every allegation contained in paragraph designated "47" of the complaint.

48: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "48" of the complaint, but the responding defendants affirmatively deny all allegations of discriminatory treatment.

49: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "49" of the complaint.

50: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "50" of the complaint.

51: Deny upon information and belief each and every allegation contained in paragraph designated "51" of the complaint.

52: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "52" of the complaint, but the responding defendants affirmatively deny all allegations of discriminatory treatment.

53: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "53" of the complaint and respectfully beg leave to refer to all documents at the time of trial.

54:     Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "54" of the complaint and respectfully beg leave to refer to all documents at the time of trial.

55:     Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "55" of the complaint and respectfully beg leave to refer to all documents at the time of trial.

56:     Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "56" of the complaint and respectfully beg leave to refer to all documents at the time of trial.

57:     Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "57" of the complaint and respectfully beg leave to refer to all documents at the time of trial.

58:     Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "58" of the complaint and respectfully beg leave to refer to all documents at the time of trial.

59:     Deny upon information and belief each and every allegation contained in paragraph designated "59" of the complaint.

60:     Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "60" of the complaint and respectfully beg leave to refer to all documents at the time of trial.

61:     Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "61" of the complaint and respectfully beg leave to refer to all documents at the time of trial.

62:     Deny upon information and belief each and every allegation contained in paragraph designated "62" of the complaint.

63: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "63" of the complaint and respectfully beg leave to refer to all documents at the time of trial.

64: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "64" of the complaint and respectfully beg leave to refer to all documents at the time of trial.

65: Deny upon information and belief each and every allegation contained in paragraph designated "65" of the complaint.

## **COUNT ONE**

66: Defendants repeat, reiterate and reallege each and every denial in answer to the paragraphs designated "1" through "65" as if more specifically set forth in answer to paragraph designated "66" of the complaint and each and every part thereof.

67: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "67" of the complaint.

68: Deny upon information and belief each and every allegation contained in paragraph designated "68" of the complaint.

69: Deny upon information and belief each and every allegation contained in paragraph designated "69" of the complaint.

70: Deny upon information and belief each and every allegation contained in paragraph designated "70" of the complaint.

71: Deny upon information and belief each and every allegation contained in paragraph designated "71" of the complaint.

## COUNT TWO

72: Defendants repeat, reiterate and reallege each and every denial in answer to the paragraphs designated "1" through "71" as if more specifically set forth in answer to paragraph designated "72" of the complaint and each and every part thereof.

73: Deny upon information and belief each and every allegation contained in paragraph designated "73" of the complaint.

74: Deny upon information and belief each and every allegation contained in paragraph designated "74" of the complaint.

75: Deny upon information and belief each and every allegation contained in paragraph designated "75" of the complaint.

76: Deny upon information and belief each and every allegation contained in paragraph designated "76" of the complaint.

77: Deny upon information and belief each and every allegation contained in paragraph designated "77" of the complaint.

78: Deny upon information and belief each and every allegation contained in paragraph designated "78" of the complaint.

## COUNT THREE

79: Defendants repeat, reiterate and reallege each and every denial in answer to the paragraphs designated "1" through "78" as if more specifically set forth in answer to paragraph designated "79" of the complaint and each and every part thereof.

80: Deny upon information and belief each and every allegation contained in paragraph designated "80" of the complaint.

81: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "81" of the complaint.

82: Deny upon information and belief each and every allegation contained in paragraph designated "82" of the complaint.

83: Deny upon information and belief each and every allegation contained in paragraph designated "83" of the complaint.

84: Deny upon information and belief each and every allegation contained in paragraph designated "84" of the complaint.

85: Deny upon information and belief each and every allegation contained in paragraph designated "85" of the complaint.

86: Deny upon information and belief each and every allegation contained in paragraph designated "86" of the complaint.

## **COUNT FOUR**

87: Defendants repeat, reiterate and reallege each and every denial in answer to the paragraphs designated "1" through "86" as if more specifically set forth in answer to paragraph designated "87" of the complaint and each and every part thereof.

88: Deny upon information and belief each and every allegation contained in paragraph designated "88" of the complaint.

89: Deny upon information and belief each and every allegation contained in paragraph designated "89" of the complaint.

90: Deny upon information and belief each and every allegation contained in paragraph designated "90" of the complaint.

91: Deny upon information and belief each and every allegation contained in paragraph designated "91" of the complaint.

92: Deny upon information and belief each and every allegation contained in paragraph designated "92" of the complaint.

93: Deny upon information and belief each and every allegation contained in paragraph designated "93" of the complaint.

## COUNT FIVE

94: Defendants repeat, reiterate and reallege each and every denial in answer to the paragraphs designated "1" through "93" as if more specifically set forth in answer to paragraph designated "94" of the complaint and each and every part thereof.

95: Deny upon information and belief each and every allegation contained in paragraph designated "95" of the complaint.

96: Deny upon information and belief each and every allegation contained in paragraph designated "96" of the complaint.

97: Deny upon information and belief each and every allegation contained in paragraph designated "97" of the complaint.

98: Deny upon information and belief each and every allegation contained in paragraph designated "98" of the complaint.

99: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "99" of the complaint and refer all questions of law, but the responding defendants affirmatively deny all allegations of discriminatory treatment.

100: Deny upon information and belief each and every allegation contained in paragraph designated "100" of the complaint.

101: Deny upon information and belief each and every allegation contained in paragraph designated "101" of the complaint.

102: Deny upon information and belief each and every allegation contained in paragraph designated "102" of the complaint.

103: Deny upon information and belief each and every allegation contained in paragraph designated "103" of the complaint.

104: Deny upon information and belief each and every allegation contained in paragraph designated "104" of the complaint.

105: Deny upon information and belief each and every allegation contained in paragraph designated "105" of the complaint.

106: Deny upon information and belief each and every allegation contained in paragraph designated "106" of the complaint.

107: Deny upon information and belief each and every allegation contained in paragraph designated "107" of the complaint.

108: Deny upon information and belief each and every allegation contained in paragraph designated "108" of the complaint.

109: Deny upon information and belief each and every allegation contained in paragraph designated "109" of the complaint.

110: Deny upon information and belief each and every allegation contained in paragraph designated "110" of the complaint.

## **COUNT SIX**

111: Defendants repeat, reiterate and reallege each and every denial in answer to the paragraphs designated "1" through "110" as if more specifically set forth in answer to paragraph designated "111" of the complaint and each and every part thereof.

112: Deny upon information and belief each and every allegation contained in paragraph designated "112" of the complaint.

113: Deny upon information and belief each and every allegation contained in paragraph designated "113" of the complaint.

114: Deny upon information and belief each and every allegation contained in paragraph designated "114" of the complaint.

115: Deny upon information and belief each and every allegation contained in paragraph designated "115" of the complaint.

116: Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated "116" of the complaint and refer all questions of law, but the responding defendants affirmatively deny all allegations of discriminatory treatment.

117: Deny upon information and belief each and every allegation contained in paragraph designated "117" of the complaint.

118: Deny upon information and belief each and every allegation contained in paragraph designated "118" of the complaint.

119: Deny upon information and belief each and every allegation contained in paragraph designated "119" of the complaint.

120: Deny upon information and belief each and every allegation contained in paragraph designated "120" of the complaint.

121: Deny upon information and belief each and every allegation contained in paragraph designated "121" of the complaint.

122: Deny upon information and belief each and every allegation contained in paragraph designated "122" of the complaint.

123: Deny upon information and belief each and every allegation contained in paragraph designated "123" of the complaint.

124: Deny upon information and belief each and every allegation contained in paragraph designated "124" of the complaint.

125: Deny upon information and belief each and every allegation contained in paragraph designated "125" of the complaint.

126: Deny upon information and belief each and every allegation contained in paragraph designated "126" of the complaint.

127: Deny upon information and belief each and every allegation contained in paragraph designated "127" of the complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

128: That the personal injuries and/or damages alleged to have been sustained by the plaintiff were caused entirely or in part through the culpable conduct of the plaintiff, without any negligence on the part of the answering defendants and the answering defendants seek a dismissal or reduction in any recovery that may be had by the plaintiff in the proportion which the culpable conduct, attributable to the plaintiff, bears to the entire measure of responsibility for the occurrence.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

129: Upon information and belief, any past or future costs or expenses incurred or to be incurred by the plaintiff for medical care, dental care, custodial care or rehabilitative services, loss of earnings or other economic loss, has been or will with reasonable certainty be replaced or indemnified in whole or in part from collateral source as defined in Section 4545(c) of the New York Civil Practice Law and Rules.

130: If any damages are recoverable against said defendants, the amount of such damages shall be diminished by the amount of the funds which plaintiff has or shall receive from such collateral source.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

131: That the plaintiff fails to state a claim, in whole or in part, upon which relief may be granted.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

132: That at all times mentioned the answering defendants have acted in good faith and without any discriminatory intent.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

133: The plaintiff has failed to properly state a claim for punitive damages.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

134: That the plaintiff's claims, in whole or in part, should be dismissed based upon the applicable statute of limitations.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

135: The plaintiff's claims should be dismissed, in whole or in part, because any alleged adverse actions by the responding defendants, were based upon legitimate, non-discriminatory reasons.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

136: Plaintiff's claims should be dismissed, in whole or in part, because he is estopped as to such claims by his own actions.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

137: Any and all actions taken by the responding defendants that allegedly affected plaintiff were taken in good faith and were justified.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

138: The plaintiff failed to mitigate or otherwise act to lessen or reduce the injuries and damages alleged in the complaint.

WHEREFORE, the defendants, LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC. i/s/h/a LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC. d/b/a LIFE TIME FITNESS CLUB, LTF CLUB MANAGEMENT COMPANY, LLC i/s/h/a LTF CLUB MANAGEMENT COMPANY, LLC d/b/a LIFE TIME FITNESS, LTF OPERATIONS HOLDINGS, INC. i/s/h/a LTF OPERATION HOLDINGS, INC., LTF CLUB OPERATIONS COMPANY, INC. i/s/h/a LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME FITNESS, demand judgment

dismissing the plaintiff's complaint on the merits; and if the plaintiff, JOHN DOE, is found to have contributed to his damages, that any damages be reduced in proportion to which the plaintiff may be found to have so contributed to the damages together with the costs and disbursements of this action.

Dated:        Albertson, New York
                 September 18, 2025

By: *Janice Berkowitz*
JANICE BERKOWITZ, ESQ.
AHMUTY, DEMERS & McMANUS
Attorneys for Defendants
LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC. i/s/h/a LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC. d/b/a LIFE TIME FITNESS CLUB, LTF CLUB MANAGEMENT COMPANY, LLC i/s/h/a LTF CLUB MANAGEMENT COMPANY, LLC d/b/a LIFE TIME FITNESS, LTF OPERATIONS HOLDINGS, INC. i/s/h/a LTF OPERATION HOLDINGS, INC., LTF CLUB OPERATIONS COMPANY, INC. i/s/h/a LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME FITNESS
200 I.U. Willets Road
Albertson, NY  11507
Tel: (516) 294-5433
File No.:  CVLTF9250605FAC