UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOHN DOE,

                    Plaintiff,

     -against-

LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC. d/b/a
LIFE TIME FITNESS CLUB, LTF CLUB MANAGEMENT
COMPANY, LLC d/b/a LIFE TIME FITNESS, LTF
OPERATION HOLDINGS, INC., LTF CLUB OPERATIONS
COMPANY, INC. d/b/a LIFE TIME FITNESS, AHMED
DOE and JACK DOE,

                    Defendants,
------------------------------------------------------------------------X

Case No.: 2:25-cv-04100-DLI-ARL

STATEMENT PURSUANT TO RULE 7.1

        Pursuant to Rule 7.1 of the Local Rules of the United States District Court, Eastern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for defendants, LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC. i/s/h/a LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC. d/b/a LIFE TIME FITNESS CLUB, LTF CLUB MANAGEMENT COMPANY, LLC i/s/h/a LTF CLUB MANAGEMENT COMPANY, LLC d/b/a LIFE TIME FITNESS, LTF OPERATIONS HOLDINGS, INC. i/s/h/a LTF OPERATION HOLDINGS, INC., LTF CLUB OPERATIONS COMPANY, INC. i/s/h/a LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME FITNESS, certify that the following are parent corporations or are publicly held corporations that own ten percent or more of its stock:

        1.     That LTF CLUB OPERATIONS COMPANY, INC. and LTF CLUB MANAGEMENT COMPANY, LLC are wholly owned subsidiaries of LIFE TIME, INC.

        2.     That LIFE TIME, INC. does not have a parent corporation.

        3.     That no publicly held company owns more than 10% of LIFE TIME INC.'s stock.

4.    That LIFE TIME INC. is a publicly-traded company on the New York Stock Exchange, under the symbol "LTH."

Dated:    Albertson, New York
September 18, 2025

By: *[signature: Janice Berkowitz]*

JANICE BERKOWITZ, ESQ.
AHMUTY, DEMERS & McMANUS
Attorneys for Defendants
LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC. i/s/h/a LIFE TIME, INC. f/k/a LIFE TIME FITNESS, INC. d/b/a LIFE TIME FITNESS CLUB, LTF CLUB MANAGEMENT COMPANY, LLC i/s/h/a LTF CLUB MANAGEMENT COMPANY, LLC d/b/a LIFE TIME FITNESS, LTF OPERATIONS HOLDINGS, INC. i/s/h/a LTF OPERATION HOLDINGS, INC., LTF CLUB OPERATIONS COMPANY, INC. i/s/h/a LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME FITNESS
200 I.U. Willets Road
Albertson, NY  11507
Tel: (516) 294-5433
File No.:  CVLTF9250605FAC