UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
John Doe,

                                  Plaintiff,

                                                                  **ORDER**
        -against-                                CV 25-4100 (DLI) (ARL)

Life Time, Inc.
*formerly known as*
Life Time Fitness, Inc.
*doing business as*
Life Time Fitness Club,
LTF Club Management Company, LLC
*doing business as*
Life Time Fitness,
LTF Operation Holdings, Inc.,
LTF Club Operations Company, Inc.
*doing business as*
Life Time Fitness,
Ahmed Doe, Jack Doe,

                                  Defendants.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Completion and filing of the attached form is the first step in the scheduling process and is mandatory. This Rule 26(f) Report shall be submitted to the Court by December 8, 2025.

Dated:  Central Islip, New York
           November 6, 2025

SO ORDERED:

                      /s/
ARLENE ROSARIO LINDSAY
United States Magistrate Judge