UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE: ARLENE R. LINDSAY**  **DATE: 1/15/2026**
United States Magistrate Judge

**TIME: 12:00 PM**

**DOCKET NO: 25-4100 (DLI) (ARL)**

**CASE: Doe v. Life Time, Inc. et al**

| | | |
|---|---|---|
| __X__ | INITIAL CONFERENCE | |
| _____ | STATUS CONFERENCE | BY TELEPHONE_____ |
| _____ | SETTLEMENT CONFERENCE | |
| _____ | SCHEDULING CONFERENCE | |
| _____ | FAIRNESS HEARING | |

**APPEARANCES:**
**FOR PLAINTIFF:**                          **FOR DEFENDANTS:**
Emanuel Kataev                              Janice Berkowitz

**The following rulings were made:**

The parties will discuss proceeding to mediation and will advise the Court. A revised Rule 26(F) Meeting Plan will be submitted by January 23, 2026.

**SO ORDERED:**
_____/s/_____