# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

January 23, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Arelene R. Lindsay, U.S.M.J.
814 Federal Plaza
Courtroom 810
Central Islip, NY 11722-4451

   *Re:* **Doe v. Life Time, Inc.**
      **Case No.: 2:25-cv-4100 (DLI) (ARL)**
      <u>**Joint Letter Motion for Extension of Time**</u>

Dear Judge Lindsay:

  This office represents the Plaintiff in the above-referenced case. Plaintiff writes jointly with Defendants to respectfully request an extension of time of two (2) weeks to file an amended case management plan. Pursuant to your Honor's Individual Rule II(D), the reason for this request is because the parties' respective counsel have each been engaged in depositions in unrelated cases and have not had an opportunity to finalize the amended case management plan. There have been no prior motions for an extension of time of this deadline. Defendants join in this request.

  The parties thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
    January 23, 2026      Respectfully submitted,

                **SAGE LEGAL LLC**

                 */s/ Emanuel Kataev, Esq.*
                Emanuel Kataev, Esq.
                18211 Jamaica Avenue
                Jamaica, NY 11423-2327
                (718) 412-2421 (office)
                (917) 807-7819 (cellular)
                (718) 489-4155 (facsimile)
                emanuel@sagelegal.nyc

                *Attorneys for Plaintiff*
                *John Doe*

**VIA ECF**
All counsel of record