# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

April 20, 2026

<u>VIA ECF</u>
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Arlene R. Lindsay, U.S.M.J.
814 Federal Plaza, Courtroom 810
Central Islip, NY 11722-4451

> *Re:* **Doe v. Life Time, Inc.**
> **Case No.: 2:25-cv-4100 (DLI) (ARL)**
> **<u>Consent Letter Motion for Leave to Amend Pleadings</u>**

Dear Judge Lindsay:

This office represents the Plaintiff in the above-referenced case. Plaintiff writes to respectfully request leave to amend the pleadings pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule").

## Relevant Procedural History and Factual Background

On July 25, 2025, Plaintiff commenced this case under the pseudonym John Doe. <u>See</u> ECF Docket Entry ("ECF") <u>1</u>. On July 30, 2025, the Hon. Dora Lizette Irrizary, U.S.D.J. ("Judge Irizarry") issued an Order to show cause directing Plaintiff to explain why this case should not proceed under his true name. <u>See</u> Text Only Order to show cause dated July 30, 2025.

On August 19, 2025, Plaintiff moved for leave to proceed under a pseudonym. <u>See</u> ECF <u>6</u>. On March 31, 2026, Judge Irizzary denied the motion. <u>See</u> ECF <u>21</u>. As a result of same, Plaintiff was directed to file an amended complaint identifying his true legal name by no later than April 21, 2026. <u>Id.</u> Critically, and as relevant here, Judge Irizzary held in the Order that Plaintiff is not granted leave to make any substantive changes in the forthcoming amended complaint without first seeking leave of the Court as required by the Rules. <u>Id.</u> Lastly, Judge Irizarry refers this case to this Court for further pretrial proceedings. <u>Id.</u>

## Leave Should be Freely Granted for Plaintiff to Amend his Complaint

Consistent with Local Civil Rule 15.1, Plaintiff provides the Court with a clean copy of his proposed first amended complaint, as well as a redlined copy. <u>See</u> copies of clean and redlined first amended complaint annexed hereto as **Exhibits "A" and "B,"** respectively.

Rule 15 provides that a party may amend its pleading only with the opposing party's written consent or the court's leave, and that the court should freely give leave when justice so requires.

Here, aside from identifying his true legal name as directed in the March 31, 2026 Order issued by Judge Irizzary, Plaintiff amends the last name of Defendant Ahmed Doe to Ahmed Mayan.

To the extent that this additional revision can be considered a "substantive change," Plaintiff sought and received consent from Defendants to file this amended complaint as required by Rule 15.

Accordingly, based on Defendants' consent, this Court should grant leave to Plaintiff to file his first amended complaint.

Plaintiff thanks this Court for its time and attention to this case.

Dated: Jamaica, New York
      April 20, 2026               Respectfully submitted,

                                   **SAGE LEGAL LLC**

                                   */s/ Emanuel Kataev, Esq.*
                                   Emanuel Kataev, Esq.
                                   18211 Jamaica Avenue
                                   Jamaica, NY 11423-2327
                                   (718) 412-2421 (office)
                                   (917) 807-7819 (cellular)
                                   (718) 489-4155 (facsimile)
                                   emanuel@sagelegal.nyc

                                   *Attorneys for Plaintiff*
                                   *Manny Zayrov*

**VIA ECF**
All counsel of record