**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

**BEFORE: ARLENE R. LINDSAY**                                        **DATE: 4/21/2026**
**United States Magistrate Judge**

                                                                    **TIME: 11:15 AM**

**DOCKET NO: 25-cv-4200 (DLI)**

**CASE: Doe v. Life Time, Inc. et al**

  **X**    **INITIAL CONFERENCE**
_____    **STATUS CONFERENCE**
  **X**    **SCHEDULING CONFERENCE**                              **BY TELEPHONE_____**
  **X**    **SETTLEMENT CONFERENCE**
_____    **FINAL CONFERENCE**
_____    **MOTION HEARING**

          **APPEARANCES**

          **FOR PLAINTIFF:**                              **FOR DEFENDANTS:**
          **Emanuel Kataev**                              **Janice Berkowitz**

**The following rulings were made:**

        The **[22]** motion to amend the complaint is granted. The Plaintiff may submit a further amended complaint on or before May 21, 2026, with respect to the identity of the remaining "Jack Doe" defendant. The matter is referred to mediation which shall be concluded by June 24, 2026. The parties' meeting plan was approved. However, depositions are stayed pending the outcome of mediation.   A schedule will be entered under a separate Order.

                        **SO ORDERED:**
                        _____/s/_____