UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

Manny Zayrov,

                                 Plaintiff,

                                                                 **SCHEDULING ORDER**

            -against-                                            CV 25-4100 (DLI) (ARL)

Life Time, Inc. f/k/a Life Time Fitness, Inc. d/b/aLife
Time Fitness Club, LTF Club Management
Company, LLC d/b/a Life Time Fitness, LTF
Operation Holdings, Inc., LTF Club Operations
Company, Inc. d/b/a Life Time Fitness, Ahmed
Mayan, and Jack Doe,

                                 Defendants.

----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**
The following pretrial schedule is adopted:

**May 31, 2026**        **:**Deadline for filing motion for joinder of additional parties or amendment of pleadings.

**July 31, 2026**        **:**All discovery, inclusive of expert discovery, to be concluded.

**August 28, 2026**      **:**Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion. Parties are directed to consult the district judge's individual rules regarding such motion practice.

**September 29, 2026 :**Final conference before the undersigned at **11:15 a.m.** Meaningful settlement discussions will occur at the conference. Clients or other persons with full settlement authority must be available by telephone. Parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before **September 25, 2026.**

        This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 1 (D) which requires that applications be made at least forty-eight hours before the scheduled appearance or deadline.

        All parties are advised that they are under a continuing obligation to keep the Court

apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York
     April 21, 2026

**SO ORDERED:**

       s/
_____
ARLENE ROSARIO LINDSAY
United States Magistrate Judge