# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

July 3, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Arelene R. Lindsay, U.S.M.J.
814 Federal Plaza, Courtroom 810
Central Islip, NY 11722-4451

> *Re:*    **Zayrov v. Life Time, Inc.,** *et al.*
> **Case No.: 2:25-cv-4100 (DLI) (ARL)**
> **Joint Status Report & Joint Letter Motion for Extension of Time**

Dear Judge Lindsay:

This office represents the Plaintiff in the above-referenced case. Plaintiff writes jointly with Defendants to provide this Court with a joint status report pursuant to this Court's June 15, 2026 Order[1] and to respectfully request an extension of time of sixty (60) days to complete mediation. Pursuant to this Court's Individual Rule II(D), the reason for this request is because the parties' respective counsel have each been engaged in unrelated cases and have not had an opportunity to schedule the mediation. There have been no prior motions for an extension of time of this deadline. Defendants join in this request. The parties report that they have agreed upon two (2) mediators and are awaiting availability from both. The parties intend to select the mediator with the earliest availability. Upon selection of the mediator and a date to conduct the mediation, the parties will notify the EDNY ADR office who will file the appropriate notice with the Court. The parties thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
      July 3, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

**VIA ECF**
All counsel of record

*Attorneys for Plaintiff*
*Manny Zayrov*

---

[1] The parties sincerely apologize for not submitting the instant status report yesterday as required by the Order. The parties had to meet-and-confer in order to submit the instant letter, and were unable to meet yesterday. Therefore, the parties respectfully submit that there exists good cause and excusable neglect to warrant an extension of time, *nunc pro tunc*, to submit the instant joint status report. See Fed. R. Civ. P. 6(b)(1)(B).