**Sage Legal LLC**

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

September 25, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Arlene R. Lindsay, U.S.M.J.
814 Federal Plaza, Courtroom 810
Central Islip, New York 11722-4451

***Re:*** **Zayrov v. Life Time, Inc., *et al.***
**Case No.: 2:25-cv-4100 (DLI) (ARL)**
**Joint Letter Motion to Adjourn Conference and Extend Deadlines**

Dear Judge Lindsay:

This office represents Plaintiff in the above-referenced case. Plaintiff writes jointly with Defendants to respectfully request that the Court adjourn the presently scheduled conference and extend all discovery and pretrial deadlines by ninety (90) days.

Pursuant to this Court's Individual Practices (hereinafter "Individual Rules"), the reason for the requested adjournment and extensions is that the parties have scheduled a mediation for October 16, 2026 with Mediator Rhonda Epstein, Esq. The parties respectfully submit that a ninety (90) day extension will permit them to devote their resources to a meaningful attempt to resolve this case through mediation before incurring additional litigation and discovery expenses. All parties join in the requested relief.

With respect to an amended pretrial schedule, the parties jointly propose that any deadline presently established by the Court be extended by ninety (90) days from its current date, and that the presently scheduled conference likewise be adjourned by ninety (90) days, or to such other date thereafter as is convenient for the Court.

The parties respectfully submit that the requested extension will conserve the resources of the parties and the Court while the parties pursue settlement and will not prejudice any party. See Fed. R. Civ. P. 1; see also Fed. R. Civ. P. 6(b)(1)(A).

The parties thank this honorable Court for its time and consideration of this request.

Dated: Jamaica, New York
September 25, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

__*/s/ Emanuel Kataev, Esq.*_______
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Manny Zayrov*

**VIA ECF**
All counsel of record