**Sage Legal LLC**

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

October 27, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Arlene R. Lindsay, U.S.M.J.
814 Federal Plaza, Courtroom 810
Central Islip, New York 11722-4451

***Re:*** **Zayrov v. Life Time, Inc., *et al.***
**Case No.: 2:25-cv-4100 (DLI) (ARL)**
**Joint Status Report and Joint Letter Motion for Extension of Time**

Dear Judge Lindsay:

This office represents Plaintiff in the above-referenced case.

Plaintiff writes jointly with Defendants (collectively with Plaintiff, the "parties") to provide this Court with a joint status report pursuant to this Court's September 28, 2026 Order (hereinafter the "Order") and to respectfully request a thirty (30) day extension of all deadlines.

On October 16, 2026, the parties conducted a virtual mediation before Mediator Rhonda Epstein, Esq. pursuant to this Court's referral of this case to mediation. See ECF Docket Entry ("ECF") 23. The mediation remains open.

Although the parties have not yet reached a settlement in principle, Plaintiff is awaiting a draft settlement agreement from Defendants for review which may lead to a settlement of all issues.

Pursuant to Rule 1(D) of this Court's Individual Practices and Rule II(D) of the Individual Motion Practice and Rules of the Hon. Dora L. Irizarry, U.S.D.J. (collectively hereinafter the "Individual Rules"), the reason for the requested extension is to permit the parties to devote their resources to completing the mediation and to Plaintiff's review of the forthcoming draft settlement agreement, rather than to further discovery and pretrial practice, which is in line this Court's stated preference at the last conference in this case.

The parties have made one (1) prior request to extend the discovery and pretrial deadlines and to adjourn the final conference, which this Court granted, as modified, by the Order. See ECF 29. The parties have made two (2) prior requests to extend the deadline to complete mediation, which this Court granted by Orders dated July 6, 2026 and September 28, 2026. See ECF 28 and 29.

In addition, this Court granted the parties' joint request for an extension of time to submit a revised Rule 26(f) meeting plan by Order dated January 26, 2026, and, by Order dated September 8, 2025, granted Plaintiff's consent request for an extension of time to file his reply and denied Defendants' request for an extension of time. See ECF 11, 12, and 19.

All parties consent to and join in this request.

Because the deadline to complete mediation expired on October 23, 2026 while the mediation remained open, the parties respectfully request that the extension of that deadline be granted *nunc pro tunc*, as the parties timely conducted the mediation and have continued to pursue a resolution since that date. See Fed. R. Civ. P. 6(b)(1)(B).

Accordingly, the parties respectfully propose the following amended schedule:

| **Deadline / Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Deadline to complete mediation | October 23, 2026 | November 23, 2026 (*nunc pro tunc*) |
| Completion of all discovery, inclusive of expert discovery | December 30, 2026 | January 29, 2027 |
| First step in the dispositive motion process | January 22, 2027 | February 22, 2027 |
| Electronic filing of joint proposed pretrial order | February 22, 2027 | March 24, 2027 |
| Final conference | February 23, 2027, at 11:15 a.m. | March 25, 2027, or a date thereafter convenient for the Court |
| Further joint status report | — | A date to be set by the Court |

The parties further respectfully request that they be directed to submit a further joint status report by a date to be set by the Court.

The parties respectfully submit that the requested extension will conserve the resources of the parties and the Court while the parties pursue settlement and will not prejudice any party. See Fed. R. Civ. P. 1; see also Fed. R. Civ. P. 6(b)(1)(A).

The parties thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
October 27, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

__*/s/ Emanuel Kataev, Esq.*_______
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Manny Zayrov*

**AHMUTY, DEMERS & McMANUS LLP**

__*/s/ Janice Berkowitz, Esq.*______
Janice Berkowitz, Esq.
200 I.U. Willets Road
Albertson, NY 11507
(516) 535-1887 (office)
janice.berkowitz@admlaw.com

*Attorneys for Defendants*

**VIA ECF**
All counsel of record